

**Credence**
*Excellence Beyond Belief*
17000 Dallas Parkway
Suite 204
Dallas, TX 75248
855-880-4794

| Name: | Melissa Patton |
|---|---|
| Creditor: | T-Mobile |
| Creditor Account No: | 683888213 |
| Credence Reference ID: | 345943968 |
| Balance Due: | $2,258.03 |

Date: October 21, 2015

### PLEASE TAKE THIS OPPORTUNITY TO REVIEW AND ACT ON THIS SPECIAL OFFER

Our client, T-Mobile, has authorized us to offer you a settlement on your account that has been placed for collection with our company. If you take advantage of this offer, we will settle your account with T-Mobile, for the amount of $1,241.92. This is a savings to you of $1,016.11.

If you have any questions about this offer or would like to talk to a representative concerning other arrangements, please call us toll-free at 855-880-4794.

Sincerely,
Credence Resource Management LLC

This communication is from a debt collector. This communication is an attempt to collect a debt. Any information obtained will be used for that purpose.

THIS COLLECTION AGENCY IS LICENSED BY THE NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS, LICENSE NUMBERS 2002114-DCA; CONTACT RICK HUNTER AT CREDENCE RESOURCE MANAGEMENT, LLC. THIS COLLECTION AGENCY IS ALSO LICENSED BY THE CITY OF BUFFALO, LICENSE NUMBER CAG13-10027285

---

**Credence Resource Management LLC CONTACTS**

**Telephone Hours:**
Monday to Friday 8:00 AM to 9:00 PM EST
Saturday 8:00 AM to 2:00 PM EST
Tel: 855-880-4794

**Send Mail To:**
Credence Resource Management LLC
PO Box 2147
Southgate, MI 48195-4147

In order to credit your account properly, you must return this bottom portion with your payment.                SIFOFF

---

Call CREDENCE RESOURCE MANAGEMENT at 855-880-4794 to make payment by check, credit or debit card or mail your payment to Credence Resource Management LLC PO Box 2147, Southgate MI 48195-4147.

**IF PAYING BY CREDIT CARD, FILL OUT BELOW.**

☐ VISA    ☐ MasterCard

| Card Number | CC-ID# |
|---|---|
| Signature | Exp. Date |

| Credence Reference ID | Balance Due | Amount Paid |
|---|---|---|
| 345943968 | $2,258.03 | $ |
| Creditor | | Client Acct No |
| T-Mobile | | 683888213 |

PO Box 2300
Southgate, MI 48195-4300

Melissa Patton
662 Tanglewood Rd Apt 1
West Islip, NY 11795-3522

**Remit Payment To:**

Credence Resource Management LLC
PO Box 2147
Southgate, MI 48195-4147

CRML//72052440483   000004381 /000000018

Page 1 of 1